IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JEFFERY EMIL WALL,<br>    Defendant | )<br>) DOCKET NO. 3:98CR050-19<br>)<br>)<br>) ORDER<br>)<br>)<br>) |

Upon the motion of the Defendant, Jeffery Emil Wall, by and through his counsel, Erin K. Taylor of the Federal Defenders of Western North Carolina, for an order granting early termination of Defendant's term of Supervised Release filed November 13, 2008 (Doc. No. 555); and

IT APPEARING to the Court that both the U.S. Attorney's Office for the Western District of North Carolina and the United States Probation Office of Western North Carolina consent to Defendant's motion; and

IT APPEARING to the Court that such a Motion for Early Termination of Supervised Release is for good cause;

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervised Release (Doc. No. 555) be GRANTED; it is further

ORDERED that Defendant's term of Supervised Release be terminated effective immediately, and this case shall be closed.

**IT IS SO ORDERED.**  Signed: December 22, 2008

Frank D. Whitney
United States District Judge